**98–2679. State ex rel. Hightower v. Haskins.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.

**98–2712. State ex rel. James v. Ohio Adult Parole Auth.**

In Habeas Corpus. *Sua sponte,* cause dismissed.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.